# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1224. KYLE RICHARD BISHOP v. THE STATE.**

In 2000, Kyle Richard Bishop was convicted of one count of child molestation, two counts of aggravated child molestation, and one count of aggravated sexual battery. This Court affirmed Bishop's convictions on direct appeal. *Bishop v. State*, 252 Ga. App. 211 (555 SE2d 504) (2001). Recently, Bishop filed a motion for out-of-time appeal. The trial court dismissed the motion, and Bishop filed this appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014). Because Bishop already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.") (punctuation omitted). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/20/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.